UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SMART MOBILE TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 6:21-cv-00603-ADA<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF MICHAEL JAY IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)**

I, Michael Jay, hereby declare and state as follows:

1.    I am a partner with the law firm of DLA Piper LLP (US), counsel of record for Defendant Apple Inc. ("Apple") in this case. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to these facts under oath.

2.    Attached as **Exhibit 1** is a true and correct copy of a printout from the U.S. Patent and Trademark Office Public Patent Application Information Retrieval system showing the assignment history for U.S. Patent No. 8,442,501.

3.    Attached as **Exhibit 2** is a true and correct copy of a printout from the U.S. Patent and Trademark Office Public Patent Application Information Retrieval system showing the assignment history for U.S. Patent No. 8,472,936.

4.    Attached as **Exhibit 3** is a true and correct copy of a printout from the U.S. Patent and Trademark Office Public Patent Application Information Retrieval system showing the assignment history for U.S. Patent No. 8,472,937.

5.     Attached as **Exhibit 4** is a true and correct copy of a printout from the U.S. Patent and Trademark Office Public Patent Application Information Retrieval system showing the assignment history for U.S. Patent No. 8,761,739.

6.     Attached as **Exhibit 5** is a true and correct copy of a printout from the U.S. Patent and Trademark Office Public Patent Application Information Retrieval system showing the assignment history for U.S. Patent No. 8,824,434.

7.     Attached as **Exhibit 6** is a true and correct copy of a printout from the U.S. Patent and Trademark Office Public Patent Application Information Retrieval system showing the assignment history for U.S. Patent No. 8,842,653.

8.     Attached as **Exhibit 7** is a true and correct copy of a printout from the U.S. Patent and Trademark Office Public Patent Application Information Retrieval system showing the assignment history for U.S. Patent No. 8,982,863.

9.     Attached as **Exhibit 8** is a true and correct copy of a printout from the U.S. Patent and Trademark Office Public Patent Application Information Retrieval system showing the assignment history for U.S. Patent No. 9,019,946.

10.     Attached as **Exhibit 9** is a true and correct copy of a printout from the U.S. Patent and Trademark Office Public Patent Application Information Retrieval system showing the assignment history for U.S. Patent No. 9,049,119.

11.     Attached as **Exhibit 10** is a true and correct copy of a printout from the U.S. Patent and Trademark Office Public Patent Application Information Retrieval system showing the assignment history for U.S. Patent No. 9,191,083.

12. Attached as **Exhibit 11** is a true and correct copy of a printout from the U.S. Patent and Trademark Office Public Patent Application Information Retrieval system showing the assignment history for U.S. Patent No. 9,319,075.

13. Attached as **Exhibit 12** is a true and correct copy of a printout from the U.S. Patent and Trademark Office Public Patent Application Information Retrieval system showing the assignment history for U.S. Patent No. 9,614,943.

14. Attached as **Exhibit 13** is a true and correct copy of a printout from the U.S. Patent and Trademark Office Public Patent Application Information Retrieval system showing the assignment history for U.S. Patent No. 9,756,168.

15. Attached as **Exhibit 14** is a true and correct copy of a printout from the website Google Maps, which depicts the driving distance and driving time between Apple's campus and the Northern District of California's San Jose courthouse.

16. Attached as **Exhibit 15** is a true and correct copy of a printout from the website Google Maps, which depicts the driving distance and driving time between Apple's campus and the Western District of Texas's Waco courthouse.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 11, 2022, in Los Angeles, California.

/s/ Michael Jay
Michael Jay