## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| SMART MOBILE TECHNOLOGIES LLC, | Civil Action No. 6:21-cv-00603-ADA-DTG |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| APPLE INC., | |
| Defendant. | |

## NOTICE OF UNOPPOSED EXTENSION OF TIME FOR VENUE DISCOVERY AND FOR BRIEFING REGARDING DEFENDANT'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

IT IS HEREBY STIPULATED by and between Plaintiff Smart Mobile LLC ("Smart Mobile") and Defendant Apple Inc. ("Apple") that (i) the venue discovery period for Apple's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) ("Motion to Transfer") (ECF No. 29), is extended to June 27, 2022; (ii) Smart Mobile's brief in response to the Motion to Transfer shall be filed by July 11, 2022; and (iii) Apple's reply in support of the Motion to Transfer shall be filed by July 25, 2022.

Good cause exists for this extension. The Motion to Transfer was filed on February 11, 2022. On March 7, 2022, the Court published its Standing Order Governing Proceedings (OGP) 4.0-Patent Cases, which provided for three months of venue discovery after the filing of a venue transfer motion.[1] So venue discovery was scheduled to close on May 11, 2022. However, by Order entered on May 10, 2022 (ECF No. 41), the Court (a) gave Apple until May 30, 2022 to provide

---

[1] Subsequently, the Court published version 4.1 of its OGP, filed on April 12, 2022 (ECF No. 33), which shortened the venue discovery period to 10 weeks, absent extensions.

supplemental responses to Smart Mobile's venue interrogatories and (b) granted Smart Mobile leave to pursue venue-related discovery from third-party Samsung. Smart Mobile and Apple agree that extending the venue discovery period to June 27, 2022 will aid the parties to complete this discovery and facilitate scheduling of party depositions regarding venue issues pursuant to Fed. R. Civ. P. 30(b)(6). The requested extension is not expected to change the date of any hearing, trial, or other Court date. Nor does the request extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

THEREFORE, the parties respectfully request entry of an ORDER (i) that venue discovery period for Apple's Motion to Transfer is extended to June 27, 2022; (ii) Smart Mobile's brief in response to the Motion to Transfer shall be filed by July 11, 2022; and (iii) Apple's reply in support of the Motion to Transfer shall be filed by July 25, 2022.

DATED: May 20, 2022

By: /s/ Greer N. Shaw
Greer N. Shaw *(Pro Hac Vice)*
CA State Bar No. 197960
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Email: greers@hbsslaw.com

Philip J. Graves *(Pro Hac Vice)*
CA State Bar No. 153441
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7147
Facsimile: (213) 330-7152
Email: philipg@hbsslaw.com

Respectfully submitted,

By: /s/ Catherine Huang
Catherine Huang *(Pro Hac Vice)*
Tiffany Miller *(Pro Hac Vice)*
DLA PIPER LLP
401 B Street
Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 764-6659
Email: catherine.huang@us.dlapiper.com
Email: tiffany.miller@us.dlapiper.com

John M. Guaragna
Texas Bar No 24043308
DLA PIPER LLP
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Telephone: (512) 457-7125
Facsimile: (512) 457-7001
Email: john.guaragna@us.dlapiper.com

Craig D. Cherry (State Bar No. 24012419)
Mark D. Siegmund (State Bar No. 24117055)
STECKLER, WAYNE, CHERRY & LOVE, PLLC
8416 Old McGregor Road
Waco, TX 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689
Email: craig@swclaw.com
Email: mark@swclaw.com

*Counsel for Smart Mobile Technologies LLC*

Mark D. Fowler *(Pro Hac Vice)*
DLA PIPER LLP
2000 University Avenue
East Palo Alto, California 94303-2250
Telephone: (650) 833-2000
Facsimile: (650) 833-2001
Email: mark.fowler@us.dlapiper.com

Michael D. Jay (*Pro Hac Vice*)
Nandan R. Padmanabhan (*Pro Hac Vice*)
Martin M. Ellison (*Pro Hac Vice*)
DLA PIPER LLP
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
Telephone: (310) 595-3000
Facsimile: (310) 595-3300
Email: michael.jay@us.dlapiper.com
Email: nandan.padmanabhan@us.dlapiper.com
Email: martin.ellison@us.dlapiper.com

*Counsel for Apple Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above document was served on May 20, 2022 to all counsel of record via ECF.

*/s/ Greer N. Shaw*
Greer N. Shaw